**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Albert Navarro PEREZ, Defendant–**
**Appellant.**

No. 08–10483
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2009.

Jeffrey Robert Haag, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Robert C. Heald, Price, Heald & Price, Lubbock, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DENNIS, and PRADO, Circuit Judges.

---

PER CURIAM: *

The attorney appointed to represent Albert Navarro Perez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Perez has not filed a response. He filed an untimely motion for an extension of time. Perez's motion is DENIED. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.